IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE GOVERNMENT'S <u>EX</u> <u>PARTE</u> MOTION TO AMEND PROTECTIVE ORDER AND FOR LIMITED UNSEALING | MISC. NO. <u>4:19-MC-38</u> |

## ORDER

Before the Court is an application (Dkt. #9) made by the United States of America for an Order (1) authorizing the Government to re-designate certain materials (referred to as AEO Materials in the application and hereinafter), obtained pursuant to the limited unsealing Order of the Court as to the matter <u>Huawei Technologies Co., Ltd. and Futurewei Technologies, Inc. v. Yiren Ronnie Huang and CNEX Labs, Inc.</u>, Civil Docket No. 4:17-CV-893 (E.D. Tex.) ("<u>CNEX</u>"), and produced in discovery in the prosecution <u>United States v. Bo Mao</u>, 19-CR-392 (PKC) (E.D.N.Y.) ("<u>Mao</u>") in the Eastern District of New York, and (2) partially unsealing this docket and redacted versions of the sealed applications in the above-captioned matter.

**IT IS HEREBY ORDERED** that the Government is authorized to re-designate certain AEO Materials obtained from the <u>CNEX</u> case that are described in Paragraph 5 of the government's Application for purposes of the <u>Mao</u> prosecution.

**IT IS FURTHER ORDERED** that the above-captioned matter be unsealed.

As the Clerk does not remove and file exhibits, Counsel is instructed to publicly file the redacted versions of the Government's sealed applications in this matter.

**IT IS SO ORDERED.**
**SIGNED this 4th day of August, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE