IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION


| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| GOVERNMENT'S EX PARTE MOTION | § | NO. 4:19MC38 |
| TO AMEND PROTECTIVE ORDER AND | § | Judge Mazzant |
| FOR LIMITED UNSEALING | § | |


Government's Response to Court Order

Pursuant to the Court's Order in *Dkt*. 10, dated August 4, 2020, the government hereby files the following redacted documents, attached as Attachments 1-5, respectively:

Attachment 1: Exhibit C1, 4:19MC38, *dkt*. 1
Attachment 2: Exhibit C2, *Letter to Judge Mazzant*
Attachment 3: Exhibit C3, 4:19MC38, *dkt*. 4
Attachment 4: Exhibit C4, 4:19MC38, *dkt*. 5
Attachment 5: Exhibit C5, 4:19MC38, *dkt*. 7


Respectfully Submitted,

SETH D. DUCHARME
Acting United States Attorney

*Alexander A. Solomon*
Assistant United States Attorney
271 Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6074
Alexander.Solomon@usdoj.gov